# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| EUSEBIO AVILES, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:21-cv-72 |
| v. | * | |
| WARDEN-FCI JESUP, | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 10. Petitioner Eusebio Aviles ("Aviles") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Aviles' 28 U.S.C. § 2241 Petition for failure to follow this Court's directive, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal,

AO 72A
(Rev. 8/82)

and **DENIES** Aviles *in forma pauperis* status on appeal.

SO ORDERED, this \_\_\_28\_\_\_ day of \_\_\_September\_\_\_, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA