AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

EUSEBIO AVILES,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:21-CV-72

WARDEN-FCI JESUP,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated September 28, 2021, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Petitioner's Section 2241 petition is dismissed without prejudice, Petitioner is denied in forma pauperis status on appeal, and this case stands closed.

Approved by: _/s/_

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORIGA

Date: September 28, 2021

Clerk: John E. Triplett

(By) Deputy Clerk

GAS Rev 10/1/03